# Unclaimed Funds

Entered 9/30/2014 to 10/7/2014

| Case No./Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 11-44122-msh 18242364 | Vion Holdings LLC As Assignee For BOA<br>C/O Lustig, Glaser & Wilson, P.C.<br>P.O Box 9127<br>Needham, MA 02492<br>02492 | 1,419.28 | 10/07/2014 |

**Grand Total: 1,419.28**